UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS LANCASTER and DENISE
LANCASTER, INDIVIDUALLY AND
AS THE NATURAL PARENTS AND
LEGAL GUARDIANS OF RACHEL
LANCASTER, A MINOR                                                    PLAINTIFFS

v.                                          NO. 09-CV-1056

DR. JERRY GUESS IN HIS CAPACITY
AS SUPERINTENDENT OF CAMDEN
FAIRVIEW SCHOOL DISTRICT NO 16;
AND CARY BENNETT, PHIL FOSTER,
WILLIAM McCOY, EDDIE MOORE,
MACON PATTON, TOMMY RAINES AND
CLIFFORD STEELMAN IN THEIR
CAPACITIES AS MEMBERS OF THE
BOARD OF DIRECTORS OF CAMDEN-
FAIRVIEW SCHOOL DISTRICT NO. 16; HARMONY
GROVE SCHOOL DISTRICT                                                 DEFENDANTS

ORDER

Before the Court is the joint motion of the parties to dismiss this action. Upon consideration the Court finds and concludes:

1. The plaintiffs' complaint is dismissed with prejudice. The dismissal of plaintiffs' complaint concludes this litigation as to all claims asserted herein by any party. All parties are to bear their own fees, expenses, and court costs.

2. The plaintiffs' complaint raised issues related to the remedial desegregation provisions established and applied to Camden Fairview School District (CFSD) and HGSD in Case No. 88-1142, U. S. Dist. Ct., W. D. Ark. For that reason, the motion of CFSD to add HGSD as a defendant was granted. Regarding said Case No. 88-1142, the Court finds and concludes that the

remedial provisions set forth in paragraph 1[C] of the November 27, 1990 consent order, and paragraph 10 of the February 1, 2002 order remain in full force and effect at this time.

3. Paragraph 10 of the February 1, 2002 order is, however, modified to require that CFSD obtain approval of this Court prior to granting its written consent to the attendance at HGSD of the child of a CFSD resident who is an employee of HGSD, pursuant to A.C.A. § 6-18-203.

4. The Court retains jurisdiction of this case solely for the purpose of enforcing the parties' settlement agreement; and of the aforesaid Case No. 88-1142 for the purpose of enforcing its orders therein.

IT IS SO ORDERED.

_____
United States District Judge

_____
Date  July 26, 2010

APPROVED AS TO CONTENT AND FORM:

_/s/ James M. Pratt, Jr._____
James M. Pratt, Jr.
Attorney for Plaintiffs

_/s/ Allen P. Roberts_____
Allen P. Roberts
Attorney for CFSD

_/s/ Eugene D. Bramblett___
Eugene D. Bramblett
Attorney for HGSD

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 6 2010

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK