**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**LARRY MILTON, ET AL**                                                                              **PLAINTIFFS**

**v.**                                                  **CASE NO. 88-1142**

**MIKE HUCKABEE, Governor**
**of the State of Arkansas, ET AL**                                                      **DEFENDANTS**

**and**

**DOUGLAS LANCASTER, ET AL**                                                           **PLAINTIFFS**

**v.**                                                  **CASE NO. 09-CV-1056**

**DR. JERRY GUESS, in his**
**capacity as Superintendent of Camden**
**Fairview School District No. 16, ET AL**                                          **DEFENDANTS**

## STATUS REPORT

Come the Camden Fairview School District Defendants (CFSD), through their attorneys Allen P. Roberts and Whitney F. Moore, and for their Status Report, state:

1. On September 4, 2018, this Court filed an Order (Doc. 300) directing the parties to notify the Court if an evidentiary hearing was needed related to CFSD's Motion for Declaratory Judgment, or Alternatively, for Clarification of Previous Orders, or Alternatively, for Modification of Previous Orders (hereinafter "Motion for Declaratory Judgment") (Doc. 262). For the same reasons set forth in the Court's Order, CFSD does not believe an evidentiary hearing is needed.

2. CFSD does, however, wish to confirm that all of its filings and exhibits, including all exhibits filed with its Motion for Declaratory Judgment (Docs. 262-1 through 262-22) and all exhibits introduced at the August 1, 2018 hearing, be considered part of the record, for whatever they are worth.

3.     CFSD would also like to provide supplemental enrollment information, again to be considered part of the record of this case, for whatever it is worth. CFSD anticipates being able to submit this information to the Court and the other parties, likely in the form of one or more affidavits, no later than September 20, 2018.

    Respectfully submitted,

    Allen P. Roberts (64036)
    ALLEN P. ROBERTS, P.A.
    325 Jefferson St., S.W. P.O. Box 280
    Camden, Arkansas 71711-0280
    Phone: (870) 836-5310
    Facsimile: (870) 836-9662
    Email: allen@aprobertslaw.com

    and

    Whitney F. Moore (2009193)
    Allen P. Roberts, P.A. – Little Rock Office
    1818 N. Taylor, St., Suite B
    PMB 356
    Little Rock, AR 72207
    Telephone: (870) 818-5490
    Fax: (870) 836-9662
    Email: whitney@aprobertslaw.com

By:    **/s/ Allen P. Roberts**
    Allen P. Roberts

    Attorneys for Camden Fairview School District

### CERTIFICATE OF SERVICE

I, Allen P. Roberts, do hereby certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to:

All counsel of record

    **/s/ Allen P. Roberts**
    Allen P. Roberts