IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS LANCASTER, *et al.*                                                              PLAINTIFFS

v.                                              Case No. 1:09-cv-1056

DR. JERRY GUESS, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is Camden Fairview School District ("CFSD") and Harmony Grover School District's ("HGSD") Joint Motion to Approve Student Transfer. ECF No. 39. The Court previously ordered that the CFSD must "obtain approval of this Court prior to granting its written consent to the attendance at HGSD of the child of a CFSD resident who is an employee of HGSD, pursuant to A.C.A. § 6-18-203." ECF No. 19, p. 2. In the instant motion, CFSD and HGSD seek approval of the transfer of student "H.P.", child of HGSD employee and CFSD resident "M.P.", from the CFSD to the HGSD. The parties cite H.P.'s medical condition as the impetus for the requested transfer. The parties seek that H.P. "be allowed to enroll at HGSD beginning in the 2023-24 school year, that H.P. be allowed to remain enrolled until he completes the 12th grade or M.P. is no longer employed by HGSD[.]" The parties state that the HGSD Board of Education has approved the transfer and that the CFSD Board of Education has tentatively approved the transfer pending this Court's approval of the transfer.

Upon review, the Court finds that good cause for the instant motion has been shown. CFSD and HGSD's Joint Motion to Approve Student Transfer (ECF No. 39) is hereby **GRANTED**.

**IT IS SO ORDERED**, this 24th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge